UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Starellen Carter
Cinnamon Pierce, et al
                Plaintiff(s),

v.

State of MI
Carelink
CBET
Gwen Ervin
Laura Fournier    Defendant(s).

Case: 5:16-cv-10749
Judge: Levy, Judith E.
MJ: Davis, Stephanie Dawkins
Filed: 03-02-2016 At 03:19 PM
CMP CARTER ET AL V. STATE OF MI ET AL (DA)

## COMPLAINT

I.   Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Laura Fournier
2. Gwen Ervin
3. Jean Ward
4. State of MI
5. Carelink

II.   Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Laura Fournier & Gwen Ervin work for State of MI CPS. Approx 1 month ago Gwen Ervin said she was going to file a petition based upon the ins co Carlink, who held a meeting to try to coerce me into giving my 17 yr old daughter more psychotropic drugs and none of them are doctors who write prescriptions

My daughter Cinnamon has been diagnosed as Schizophrenic by some doctors. Other doctors say it's PTSD since she is a rape victim. My daughter was given 600 mg XL Seroquel, 450 mg lithium, 8mg Haldol, 8mg Ativan to take each day. My physician, Botsford ER physicians, Children's Hosp say it's no way a child should be given high doses of several medications. Everytime my daughter tells someone she is a rape victim or goes thru PTSD phase where she believes she is being raped everyday, someone calls CPS. My mother retired from CPS State of MI and the State is failing to properly document these facts. CPS is trying to take custody of my daughter based upon heresay, and Carelink ins co iniation. They want to lock her up and drug her.

III.   Relief.   Briefly state exactly what you want the court to do for you.

I want the court to stop the harrassment by the State of MI. CPS has PREMEDITATED TO TAKE my child away. I am a mother of 6 I do not abuse or neglect my child. My daughter is in a Children's mental hospital and CPS keeps going to the hosp telling my child they are going to take her away from our family. My child is worried and distraught and feels hopeless. They have no right to interfere with her medical treatment. Carelink Ins Co held a meeting to lock my child away permanently. Carelink knows that they will no longer be the insurance co for my daughter upon discharge from the hosp. If Carelink can get my child locked up & drugged up her they have a client they can collect money on. Everyone of the defendants is relying upon the other defendants and pointing

blame at each other when they are questioned. Carelink has no right to direct CPS to do their dirty work. CPS has no right to try to create medical neglect, especially when my daughter was already in the hosp when the got a call.

IV. **Additional Information**. – Briefly enter any additional information, you may use additional paper.

Please stop the harassment of CBET, CARELINK, LAURA FORNIER, Gwen Ervin, CPS, State of MI. As a mother of 6, Cinnamon is my baby. Both my 22 yr old & 19 yr old were given/prescribed psychotropic meds and Both refused to take them, currently they are healthy, mothers and both work 40 hrs a week. Yes Cinnamon needs therapy and that need is always met. She deserves not to be discriminated against nor victimized because she was victimized and now the State, CPS, CBET, at al wants to further victimize & traumatize my daughter

V. **Demand for Jury Trial**. Check this box if you want your case to be decided by a jury, instead of a judge.

☐ Plaintiff demands a jury trial on all issues.

Dated: 3-2-16

Plaintiff's Signature: Starella Carter

Plaintiff's Printed Name: Starellen Carter

Street Address: 8933 Winston

City, State, Zip Code: Redford MI 48239

Telephone Number: 248-667-1440

E-mail Address: executivesuite777@gmail

**JS 44 (Rev. 12/12)**    **CIVIL COVER SHEET**    County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Starellen Carter
Cinnamon Pierce (minor), et al

### DEFENDANTS
State of MI, Corelink Ins Co
CBET, et al

**(b)** County of Residence of First Listed Plaintiff: **Wayne**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

8933 Winston
Redford, MI 48239

County of Residence of First Listed Defendant: **Wayne**
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 5:16-cv-10749
Judge: Levy, Judith E.
MJ: Davis, Stephanie Dawkins
Filed: 03-02-2016 At 03:19 PM
CMP CARTER ET AL V. STATE OF MI ET AL (DA)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☒ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
American Disability Act, Rehabilitation Act, Civil Rights violations
Brief description of cause:
Premeditation of harassment, coercion, threats, intimidation, violation of Rights

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    **DEMAND $** _____    CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD: *Starella Carter*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: _____

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | | |
|---|---|---|
| ☑ | Two (2) completed **Civil Cover Sheets**. | |
| ☑ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>__5__ + 2 = __7__ **Complaints.**<br># of Defendants     Total<br><br>Received by Clerk: _____ Addresses are complete: _____ | Case: 5:16-cv-10749<br>Judge: Levy, Judith E.<br>MJ: Davis, Stephanie Dawkins<br>Filed: 03-02-2016 At 03:19 PM<br>CMP CARTER ET AL V. STATE OF MI ET AL (DA) |
| ☑ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☑ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #:_____ | ☐ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br><br><br>Received by Clerk: _____ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br><br><br>Received by Clerk: _____ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☑ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13