UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Starellen Carter, *et al.*,

        Plaintiffs,     Case No. 16-cv-10749
                                    Hon. Judith E. Levy
v.                                 Mag. Judge Stephanie Dawkins Davis

State of Michigan, *et al.*,

        Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed in part with prejudice and in part without prejudice.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                            By:   s/Felicia M. Moses
                                          DEPUTY COURT CLERK

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE